AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Mister Softee, Inc, Mister Softee Queens, Inc.<br><br>*Plaintiff(s)*<br>v.<br>GOKHAN GUZEY, MUSTAFA SELVI<br><br>*Defendant(s)* | Civil Action No. 24-cv-5627 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Benjamin Notterman
      ZMO Law PLLC
      353 Lexington Ave., Suite 900
      New York, NY 10016
      212-685-0999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                             DOUGLAS C. PALMER
                                                                             *CLERK OF COURT*

Date: _____     _____
                                                                                                 *Signature of Clerk or Deputy Clerk*

**All Defendants**

GOKHAN GUZEY
205 Cypress Lane
Westbury, NY 11590

MUSTAFA SELVI
140 Sheets Avenue
Holbrook, New York, 11741